DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY SALTER** and **JOYCE SALTER,**
Appellants,

v.

**FRESENIUS MEDICAL CARE HOLDINGS, INC.,**
Appellee.

No. 4D2025-0776

[December 4, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 432023CA000769.

Jerome A. Stone, Jr. and Linda Elise Capobianco of Stone & Capobianco, P.L., Stuart, for appellants.

Marco A. Salazar and Karen F. Grossman of Simon, Reed & Salazar, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***